

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2020

No. 04-19-00823-CV

John (Jack) **PALAU**,
Appellant

v.

**ACT INVESTMENTS, INC**.; Capacity Builders, Inc.; and Deborah Montgomery,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-144
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Appellant's motion for an extension of time to file the motion for rehearing is GRANTED. The motion is deemed timely filed.

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

It is so **ORDERED** on October 16, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT